IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**LAROD MONTRELL GROSS**                                        **PETITIONER**

**V.**                                                              **NO. 2:09CV028-P-S**

**LAWRENCE KELLY, et al.**                                        **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, Respondent's motion to dismiss (docket entry 7) is **GRANTED**. The instant petition is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 27th day of July, 2009.

                                                 /s/ W. Allen Pepper, Jr.
                                                 W. ALLEN PEPPER, JR.
                                                 UNITED STATES DISTRICT JUDGE